ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00209-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND SCHEDULE COMBINED CHANGE OF PLEA AND SENTENCING HEARING |
| v. | |
| ALVARO DIAZ-GONZALEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the preliminary hearing set for November 5, 2025, can be vacated and a combined arraignment on the information, change of plea, and sentencing hearing can be scheduled for November 17, 2025, before the Honorable Kirk E. Sherriff. The parties have filed a plea agreement to resolve the case.

///

///

///

The parties agree that time under the Speedy Trial Act shall be excluded from October 24, 2025, through November 17, 2025, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  October 24, 2025         /s/ Erin Snider
                                 Erin Snider
                                 Counsel for Alvaro Diaz-Gonzalez

Dated:  October 24, 2025         /s/ Joseph Barton
                                 Joseph Barton
                                 Assistant United States Attorney

ORDER

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for November 5, 2025, is vacated, and a combined arraignment on the information, change of plea, and sentencing hearing is scheduled for November 17, 2025, before the Honorable Kirk E. Sherriff.

Time under the Speedy Trial Act shall be excluded from October 24, 2025, through November 17, 2025, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **October 27, 2025**         /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE